# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00030-CR

**John Paul Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-15-100227, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Paul Lopez seeks to appeal a judgment of conviction for indecency with a child by sexual contact. *See* Tex. Penal Code § 21.11(a)(1). The trial court has certified that Lopez has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: February 14, 2019

Do Not Publish